IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:25-00081

BERNABE MONTVALVO SALAS

### MEMORANDUM OPINION AND ORDER

Trial of this matter is currently scheduled for August 12, 2025.  However, on July 23, 2025, defendant filed a motion to order investigation and preparation of a presentence investigation report, and to schedule seriatim change of plea and sentencing hearings.  The court **GRANTED** defendant's motion, and a plea hearing is currently scheduled for September 9, 2025.  Because of the scheduled plea hearing, the court hereby **CONTINUES** the trial until September 10, 2025, at 9:30 a.m., in Charleston.  Furthermore, because failure to continue the trial until after the scheduled plea hearing would result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(i).

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States

1

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 28th day of July, 2025.

ENTER:

David A. Faber
Senior United States District Judge